PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Federico A. Montanez                       Cr.: 10-00537-001
                                                             PACTS No: 46805

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 05/20/08

Original Offense: Conspiracy to Burglarize a Federal Firearms Licensee and to Steal Firearms

Original Sentence: 37 months imprisonment; 3 years supervised release; $100 special assessment; $46,768.89 restitution. Special conditions: Drug testing and/or treatment; debt restriction; financial disclosure; DNA collection

Type of Supervision: Supervised Release                      Date Supervision Commenced: 07/02/10

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 30, 2011, Montanez was arrested by the Newark Police Department and charged with burglary, theft, possession of burglary tools, and receiving stolen property. |

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts to include increased office reporting and community contact with the offender. The offender is employed and has tested negative for drug use. Our office recommends withholding Court action at this time, while the case is pending in the Essex County Superior Court.

Respectfully submitted,

*Anthony J. Nisi* Anthony J. Nisi
2012.11.15 09:56:03 -05'00'

By: Anthony J. Nisi
U.S. Probation Officer
Date: 11/15/12

[x] Withhold Court Action at this time.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/16/2012
Date